# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-17-00272-CV

**In re Melanie McDonald**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

### M E M O R A N D U M   O P I N I O N

Having considered relator Melanie McDonald's petition for writ of mandamus, the response, McDonald's reply, and the record, the petition is denied.[1]  McDonald's request for emergency stay is dismissed as moot.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Goodwin

Filed:  April 27, 2017

---

[1]  *See* Tex. R. App. P. 52.8(a).